IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

KYLE PERRY ,                                          *

              Plaintiff,                      *

v.                                                              Case No. 5:25-cv-00077-TES-CHW

                                   *

WARDEN GREGORY SAMPSON et al ,

                                  *

              Defendants.

                                  *

## **J U D G M E N T**

Pursuant to this Court's Order dated February 23, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 24th day of February, 2026.

                              David W. Bunt, Clerk


                              s/ Raven K. Alston, Deputy Clerk